UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Gregory N. Leonard,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>Perry Russell,[1] *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:03-cv-01293-RCJ-NJK<br><br>ORDER |

Due to the death of petitioner, Gregory N. Leonard, petitioner's counsel move to reopen this stayed capital habeas case for the court to proceed accordingly. The motion **(ECF No. 128) is GRANTED**. Petitioner's death extinguishes his claims for relief, so this action is reopened and dismissed. The Clerk of Court is directed to enter judgment accordingly and change the case status from stayed to closed.

DATED THIS 10th day of December, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] Perry Russell has replaced Isidro Baca as the Warden of the Northern Nevada Correctional Center, where Mr. Leonard was housed. *See* Fed. R. Civ. P. 25(d).